UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| VERLEE REEDUS, )<br>)<br>　　　　　Plaintiff, )<br>　vs. )　　1:05-cv-1604-SEB-VSS<br>)<br>JO ANNE B. BARNHART, Commissioner )<br>　of the Social Security Administration, )<br>)<br>　　　　　Defendant. ) | |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the final decision of the Commissioner that Verlee Reedus is not entitled to Supplemental Security Income based on her application filed on September 17, 2001, is **AFFIRMED.**

Date: 12/04/2006

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov

Charles Julian Myers
cmyers7943@sbcglobal.net